COM.

v.

**MARTIN, K.**

**1951 MDA 2016**

Superior Court of Pennsylvania.

06/22/2017

CP–01–CR–0000678–2016 (Adams)

Affirmed

**R.L.H.**

v.

**L.C.**

**2100 MDA 2016**

Superior Court of Pennsylvania.

06/22/2017

2010–FC–001740–03 (York)

Affirmed

**IN RE: A.R.L., Jr.**

**Appeal of: A.T.G., Father**

**355 MDA 2017**

Superior Court of Pennsylvania.

06/22/2017

2206 of 2016 (Lancaster)

Affirmed/Remanded

**IN RE: ESTATE OF KONJOLKA, W.**

**Appeal of: Brown, T.**

**1664 WDA 2015**

Superior Court of Pennsylvania.

6/22/2017

No. 0936 of 2014

(Allegheny)

Affirmed

**COM.**

v.

**HOWARD, L.**

**1275 WDA 2016**

Superior Court of Pennsylvania.

06/22/2017

CP–65–CR–0000645–2015 (Westmoreland)

Affirmed

